No. 92–8964. MCGINLEY *v.* UNITED STATES. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position asserted by the Solicitor General in his brief for the United States filed August 6, 1993.

No. 92–9129. MINES *v.* TEXAS. Ct. Crim. App. Tex. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Johnson* v. *Texas*, 509 U. S. 350 (1993).

No. 93–34. GLOVER *v.* MCDONNELL DOUGLAS CORP. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hazen Paper Co.* v. *Biggins*, 507 U. S. 604 (1993). JUSTICE O'CONNOR took no part in the consideration or decision of this case.